UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL WILLIAM VESS and<br>KAO KWENG SAEPHAN,<br><br>    Defendants. | No. CR-09-00547 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 17, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    October 27, 2009<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from October 27, 2009 to November 17, 2009, and that time be excluded under the Speedy Trial Act between October 27, 2009 and November 17, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

The government has produced substantial discovery to defendants regarding five separate burglaries and six stolen firearms (over 130 pages of reports and 8 CDs of photographs). The government has also produced recorded telephone calls and other digital discovery. Defense counsel has been given the opportunity to review the physical evidence recovered in this case and may need additional time to continue to review that evidence. Defense counsel also needs additional time to review the discovery that has been produced and to investigate this matter.

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 17, 2009 AND TO EXCLUDE TIME
No. CR-09-00547 SBA

1  The parties agree the ends of justice served by granting the continuance outweigh the best
2  interests of the public and defendants in a speedy trial. For these stated reasons, the Court finds
3  that the ends of justice served by granting the continuance outweigh the best interests of the
4  public and defendants in a speedy trial.  Good cause appearing therefor, and pursuant to 18
5  U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

6       **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7  October 27, 2009 to November 17, 2009 at 9:00 a.m., and that time between October 23, 2009
8  and November 17, 2009 is excluded under the Speedy Trial Act to allow for the effective
9  preparation of counsel, taking into account the exercise of due diligence.

11  DATED: 10/26/09     _____
12       HON. SAUNDRA BROWN ARMSTRONG
     United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 17, 2009 AND TO EXCLUDE TIME
No. CR-09-00547 SBA