UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00547 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON FEBRUARY 9, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| DANIEL WILLIAM VESS | ) ) | |
| | ) ) | Date:    November 17, 2009<br>Time:    9:00 a.m. |
| Defendants. | ) ) | Court:   Hon. Saundra Brown Armstrong |
| | ) | |

Defendant Daniel William Vess and the government jointly requested that the trial setting or change of plea hearing in this matter be vacated as to defendant Vess only and that this matter be set for change of plea and sentencing on February 9, 2010 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between November 16, 2009 and February 9, 2010 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant Vess agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON FEBRUARY 9, 2010 & TO EXCLUDE TIME
No. CR-09-00547 SBA

1     **IT IS HEREBY ORDERED** that this matter, as to defendant Vess only, is set for
2  change of plea and sentencing on February 9, 2010 at 10:00 a.m., and that time between
3  November 16, 2009 and February 9, 2010 is excluded under the Speedy Trial Act, and
4  specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed
5  plea agreement to be entered into by the defendant and the attorney for the government.
6     **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7  Presentence Investigation Report.

9  DATED:_11/17/09                                          _____
                                                            HON. SAUNDRA BROWN ARMSTRONG
10                                                          United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON FEBRUARY 9, 2010 & TO EXCLUDE TIME
No. CR-09-00547 SBA